IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEVI L. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3086 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | MEMORANDUM AND ORDER |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

After conferring with the parties,

IT IS ORDERED that the defendant's unopposed motion for enlargement of time, (filing no. 22), is granted and,

a. Defendant's deadline for disclosure of expert witnesses is extended to January 24, 2011;

b. The Discovery and Deposition Deadline is extended to February 21, 2011;

c. The deadline for filing Motions to Dismiss, Motions for Summary Judgment, or Motions to Exclude Expert Testimony on Daubert and related grounds is extended to February 28, 2011;

d. The Pretrial Conference will be held before the undersigned magistrate judge on April 21, 2011 at 11:00 a.m. (C.D.T.) by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 20, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

e. The trial of this case is continued to May 2, 2011.

December 29, 2010.                                BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge