IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEVI L. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3086 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The motion to withdraw filed by William M. Lamson, Jr. and the law firm of Lamson, Dugan and Murray, LLP, as counsel of record for Defendant Union Pacific Railroad Company, (filing no. 45), is granted.

DATED this 15th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge