IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEVI L. POWELL, | ) | 4:10CV3086 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 47) is granted, as follows:

    Plaintiff shall have until April 29, 2011, to respond to Defendant's motion for summary judgment (filing 41).

March 23, 2011.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge