IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEVI L. POWELL, | ) | 4:10CV3086 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Plaintiff's second motion for an enlargement of time (filing 51) is granted, as follows:

   Plaintiff shall have until May 20, 2011, to respond to Defendant's motion for summary judgment (filing 41).

   April 27, 2011.            BY THE COURT:

                  *Richard G. Kopf*
                  United States District Judge